IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **MIREIDA CERDA ANZALDUA**<br>    *Plaintiff,*<br><br>v.<br><br>**MERAKI SOLAR, LLC., JERRY NAVA, SOLCIUS, LLC, EQUISOLAR, INC., AND RAMIRO TREVINO**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL CASE NO.<br>7:23-cv-00444-RHH<br><br>JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND MAILING ADDRESS

Effective August 1, 2024, Attorney Lema Mousilli, counsel for Equisolar, Inc. has changed law firm affiliation and is now Managing Partner at Texas Nexus Law Group, PLLC. Please take notice of the new contact information below:

Lema Mousilli
**TEXAS NEXUS LAW GROUP, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, Texas 77077
Tel: (281) 305-9313

The Clerk of the Court is hereby requested to make note of this change as appropriate in this Court record. All counsel is requested to update their service & e-filing list.

DATED: August 10, 2024              Respectfully submitted,

By: /s/ *Lema Mousilli*
Lema Mousilli
Attorney-In-Charge
Texas Bar No. 24056016
S.D. Texas Bar No. 1358290
**TEXAS NEXUS LAW GROUP, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*service@texasnexuslaw.com*

**ATTORNEYS FOR DEFENANT EQUISOLAR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served on all counsel of record, in accordance with the governing rules of procedure regarding service on this **August 10, 2024**, via *electronic filing manager* as follows:

Brandon A. Kinard
Abraham Garcia
Carlos A. Saldana
KGS LAW GROUP
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
kgs@kgslawgroup.com
Attorneys for Plaintiff Mireida Cerda Anzaldua

M. Blake Downey
SCOTTHULSE, P.C.
One San Jacinto Plaza
201 E. Main Dr., Suite 1100
El Paso, Texas 79901
bdow@scotthulse.com
Attorneys for Defendant Meraki Solar, LLC

Katherine P. Chiarello
Kayna Stavast Levy
BOTKIN CHIARELLO CALAF, PLLC
1209 Nueces Street
Austin, Texas 78701
katherine@bccaustin.com
kayna@bccaustin.com
Attorneys for Defendant Solcius LLC

                                                              */s/ Lema Mousilli*
                                                              Lema Mousilli